UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS VAN BOOVEN, II<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. 1:09-cv-00467 JLT<br><br>ORDER AWARDING EAJA FEES<br><br>(Doc. 19) |

Based upon the parties' stipulation (Doc. 19), IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,500, as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated: **November 12, 2010**         /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1